**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00613-CV

### IN THE INTEREST OF M.A.H., A CHILD

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-51726-2011

## ORDER

We **GRANT** appellant's May 27, 2015 unopposed motion to extend time to file response brief to appellee/cross-appellant's brief and **ORDER** the brief be filed no later than June 11, 2015.

/s/  CRAIG STODDART
    JUSTICE